BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FERNANDO MARQUEZ MARQUEZ,<br><br>  Defendant. | CASE NO. 2:02-CR-00529 MCE<br><br>**ORDER DISMISSING INDICTMENT** |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant **FERNANDO MARQUEZ MARQUEZ** is hereby DISMISSED, and any outstanding arrest warrant is recalled.

IT IS SO ORDERED.

Dated: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1